152 A.3d 758

**GROSS, Marcus Allen**

v.

**STATE of Maryland**

**Pet. Docket No. 340, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Petition for writ of certiorari denied

152 A.3d 758

**HOROWITZ**

v.

**GURVITCH RABIN ETC., PC; Bregman Berbert etc., LLC**

**Pet. Docket No. 471, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 2459, Sept. Term, 2014)

Petition for writ of certiorari denied